**United States Bankruptcy Court**
**for the District of Columbia**

In Re: Frances E Haylock

Case Number: 07-00235

Case: 1:08-cv-00325
Assigned To : Leon, Richard J
Assign. Date : 2/26/2008
Description: General Civil

**FILED**

FEB 26 2008

Clerk, U.S. District and
Bankruptcy Courts

TO:   Clerk, U.S. District Court for the District of Columbia

Transmitted herewith is the **Notice of Appeal** in the above-captioned bankruptcy proceeding. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|---|---|---|
| 20 | Motion for Sanctions | George Basiliko Trust |
| 26 | Limited Response to Motion for Sanctions, Motion to Dismiss and Motion for Examination of Debtor's Transactions with Counsel | Frances E Haylock |
| 34 | Supplemental Response to Motion for Sanctions and To Motion for Examination of Transactions with Debtor and Counsel | Frances E Haylock |
| 37 | Interim Order | Signed by Judge Teel |
| 40 | Declaration re: Statement of Legal Fees Regarding Motion for Sanctions | George Basiliko Trust |
| 41 | Reply to Statement of Fees Pursuant to Sanctions Order | Frances E Haylock |
| 43 | Interim Memorandum Decision Regarding Attorney's Fees Sought Pursuant to the Motion of George Basilika Trust for Sanction | Signed by Judge Teel |



| 44 | Order Scheduling Hearing to Fix Reasonable Attorney's Fees Sought Pursuant to the Interim Order Regarding the Motion of the George Basilika Trust for Sanctions | Signed by Judge Teel |
| --- | --- | --- |
| 49 | Memorandum Decision(Final) | Signed by Judge Teel |
| 50 | Final Order. John D Burns to Pay $2000 in Reasonable Fees and Expenses to the George Basilika Trust | Signed By Judge Teel |
| 53 | Notice of Appeal | John D Burns |
| 56 | Statement of Issues on Appeal and Designation of Record Pursuant to Federal Rule Bankruptcy P. 8006 | John D Burns |
| 57 | Appellant Designation of Contents for Inclusion in Record on Appeal | John D Burns |

**Other comments:**

No Appellee Designations Filed

**The parties to the order appealed and their respective attorneys are as follows:**

| Appellant/Plaintiff | Attorney |
| --- | --- |
| John D Burns | **John D Burns, Esquire**<br>The Burns Law Firm, LLC<br>6303 Ivy Club Lane, Suite 102<br>Greenbelt, MD 20770 |

| Appellee/Defendant | Attorney |
|---|---|
| George Basilikas Trust | Jeffrey M Sherman, Esquire<br>Semmes, Bowen & Semmes<br>1001 Connecticut Avenue, NW<br>Suite 1100<br>Washington, DC 20036 |

For the Clerk,

Dated: 02/26/2008            Deputy Clerk: Terri C Robinson

Please return a copy of this transmittal with the following information:

District Court Case Number:
    Judge Assigned:            [*Affix Label Here*]
    Date Stamp:

PlnDue, DISMISSED, APPEAL

## U.S. Bankruptcy Court
### United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Bankruptcy Petition #: 07-00235
Internal Use Only

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
Chapter 13
Voluntary
Asset

*Date Filed:* 05/03/2007
*Date Dismissed:* 06/14/2007

*Debtor*
**Frances E. Haylock**
7 N Street, NW
Washington, DC 20001

represented by **John Douglas Burns**
The Burns Law Firm, LLC
6303 Ivy Lane,
Suite 102
Greenbelt, MD 20770
usa
(301) 441-8780
Email:
burnslaw@algxmail.com

*Defendant*
**John Burns**
The Burns Law Firm
6303 Ivy Lane
#102
Greenbelt, MD 20770

represented by **John Douglas Burns**
(See above for address)

*Trustee*
**Cynthia A. Niklas**
4545 42nd Street, NW Suite 211
Washington, DC 20016-4623
202-362-8500

CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY: [signature]

| Filing Date | # | Docket Text |
|---|---|---|
| 05/03/2007 | 1 | Chapter 13 Voluntary Petition . Fee Amount $274 Filed by Frances E. Haylock Government Proof of Claim due by 10/30/2007. Chapter 13 Plan due by 5/18/2007. Section 316 Incomplete Filing Date 6/17/2007 Chapter 13 Plan due by 5/18/2007. Schedules A-J due 5/18/2007. Statement of Financial Affairs due 5/18/2007. Chapter 13 Monthly and Disposable Income Form 22C Due 5/18/2007 Incomplete Filings due by 5/18/2007. (Burns, John) (Entered: 05/03/2007) |
| 05/03/2007 | 2 | Receipt of Chapter 13 Voluntary Petition(07-00235) [misc,volp13] ( 274.00) Filing Fee. Receipt number505238. Fee Amount 274.00 |

| | | |
|---|---|---|
| | | (U.S. Treasury) (Entered: 05/03/2007) |
| 05/03/2007 | 3 | Statement of Social Security Number(s) - (Form B-21) Filed by Frances E. Haylock. (Burns, John) (Entered: 05/03/2007) |
| 05/03/2007 | 4 | Disclosure of Compensation of Attorney for Debtor Filed by John Douglas Burns Filed by on behalf of Frances E. Haylock. (Burns, John) (Entered: 05/03/2007) |
| 05/03/2007 | 5 | Notice of Appearance and Request to Add Attorney Filed by Jeffrey M. Sherman on behalf of George Basiliko Trust. (Sherman, Jeffrey) (Entered: 05/03/2007) |
| 05/04/2007 | | First Meeting of Creditors with 341(a) meeting to be held on 06/04/2007 at 10:00 AM at Room 1207. Confirmation hearing to be held on 07/13/2007 at 09:30 AM at Courtroom 1. Proof of Claim due by 09/02/2007. (admin, ) (Entered: 05/04/2007) |
| 05/04/2007 | 6 | First Meeting of Creditors Notice Generated and Sent to BNC (Wilkens, Nicole) (Entered: 05/04/2007) |
| 05/04/2007 | 7 | Notice of Deadline for Filing Required Documents (ch. 13) (Wilkens, Nicole) (Entered: 05/04/2007) |
| 05/06/2007 | 8 | BNC Certificate of Mailing - First Meeting of Creditors. (Re: Related Document(s) #:6 First Meeting of Creditors Notice Generated and Sent to BNC) No. of Notices: 12. Service Date 05/06/2007. (Admin.) (Entered: 05/07/2007) |
| 05/06/2007 | 9 | BNC Certificate of Mailing - Notice of Deadline for Filing Required Docs (Re: Related Document(s) #:7 Ntc of Deadline for Filing Required Documents (ch. 13)) No. of Notices: 1. Service Date 05/06/2007. (Admin.) (Entered: 05/07/2007) |
| 05/15/2007 | 10 | Motion to Dismiss Case *BASED ON 11 U.S.C. 109(h) INELIGIBILITY* Filed by Cynthia A. Niklas (Attachments: # 1 Proposed Order) (xNiklas2, Cynthia) (Entered: 05/15/2007) |
| 05/15/2007 | 11 | Notice of Opportunity to Object Filed by Cynthia A. xNiklas2 on behalf of Cynthia A. Niklas. (Re: Related Document(s) #:10 Motion to Dismiss Case.) Objections due by 6/4/2007 for 10,. (xNiklas2, Cynthia) (Entered: 05/15/2007) |
| 05/15/2007 | 12 | Notice of Hearing *June 15, 2007* Filed by Cynthia A. Niklas (Re: Related Document(s) #:10 Motion to Dismiss Case.) Hearing scheduled for 6/15/2007 at 09:30 AM Courtroom 1 for 10,. (xNiklas2, Cynthia) (Entered: 05/15/2007) |

| | | |
|---|---|---|
| 05/15/2007 | 13 | First Meeting of Creditors Continued. Filed by Cynthia A. Niklas (Re: Related Document(s) #: Meeting (AutoAssign Chapter 13).) 341 (a) meeting to be held on 6/18/2007 at 11:00 AM Ch 13 341 Meeting Rm., Room 1207 for [],. (xNiklas2, Cynthia) (Entered: 05/15/2007) |
| 05/15/2007 | 14 | Brief -- *Joinder in Motion to Dismiss* Filed by George Basiliko Trust. (Re: Related Document(s) #:10 Motion to Dismiss Case.) (Attachments: # 1 Proposed Order)(Sherman, Jeffrey) (Entered: 05/15/2007) |
| 05/22/2007 | 15 | Response *to Motion to Dismiss* Filed by Frances E. Haylock (Re: Related Document(s) #:10 Motion to Dismiss Case.) (Burns, John) (Entered: 05/22/2007) |
| 05/22/2007 | 16 | Reply Filed by George Basiliko Trust (Re: Related Document(s) #:10 Motion to Dismiss Case, 15 Response.) (Sherman, Jeffrey) (Entered: 05/22/2007) |
| 05/22/2007 | 17 | Motion for Accounting -- *Examination of Debtor's Transactions with Counsel* Filed by George Basiliko Trust (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 05/22/2007) |
| 05/22/2007 | 18 | Notice of Hearing Scheduled for 6/20/2007. Filed by Jeffrey M. Sherman on behalf of George Basiliko Trust. (Re: Related Document(s) #:17 Motion for Accounting.) (Sherman, Jeffrey) (Entered: 05/22/2007) |
| 05/22/2007 | 19 | Notice of Opportunity to Object Filed by Jeffrey M. Sherman on behalf of George Basiliko Trust. (Re: Related Document(s) #:18 Notice of Hearing, 17 Motion for Accounting.) Objections due by 6/11/2007 for 18 and for 17,. (Sherman, Jeffrey) (Entered: 05/22/2007) |
| 05/22/2007 | 20 | Motion For Sanctions Filed by George Basiliko Trust (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 05/22/2007) |
| 05/22/2007 | 21 | Notice of Hearing Scheduled for 6/20/2007. Filed by Jeffrey M. Sherman on behalf of George Basiliko Trust. (Re: Related Document(s) #:20 Motion for Sanctions.) (Sherman, Jeffrey) (Entered: 05/22/2007) |
| 05/22/2007 | 22 | Notice of Opportunity to Object Filed by Jeffrey M. Sherman on behalf of George Basiliko Trust. (Re: Related Document(s) #:20 Motion for Sanctions, 21 Notice of Hearing.) Objections due by 6/11/2007 for 20 and for 21,. (Sherman, Jeffrey) (Entered: 05/22/2007) |
| | | |

| | | |
|---|---|---|
| 05/22/2007 | ◉23 | Motion to Continue Hearing On *Motion to Dismiss* Filed by George Basiliko Trust (Re: Related Document(s) #:10 Motion to Dismiss Case.) (Attachments: # 1 Proposed Order) (Sherman, Jeffrey) (Entered: 05/22/2007) |
| 05/22/2007 | ◉24 | Government's Motion to Record Proof of Claim #12 as Satisfied and Stircken or Removed from the Record filed by Tanya M. Jones Boiser on behalf of District of Columbia (Meador, Patti) Modified on 5/29/2007 (Meador, Patti). PLEASE DISREGARD THIS ENTRY. MOTION ENTERED IN WRONG CASE. PLEASE SEE CASE NO. 07-38 (Entered: 05/24/2007) |
| 05/23/2007 | ◉ | Hearing Scheduled (Re: Related Document(s) #:17 Motion to Examine Debtor's Transactions with Counsel) Hearing scheduled for 6/20/2007 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 05/23/2007) |
| 05/23/2007 | ◉ | Hearing Scheduled (Re: Related Document(s) #:20 Motion for Sanctions Filed by George Basilika Trust) Hearing scheduled for 6/20/2007 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 05/23/2007) |
| 05/29/2007 | | Terminated party: District of Columbia (Meador, Patti) (Entered: 05/29/2007) |
| 05/29/2007 | | Terminated Attorney Tanya M. Jones Boiser (Meador, Patti) (Entered: 05/29/2007) |
| 06/04/2007 | | Flags Set-Reset Hearing Scheduled (Myers, Sally) (Entered: 06/04/2007) |
| 06/11/2007 | ◉25 | Consent Response *To Motion to Continue Hearing on Motion to Dismiss and Request to Continue Section 341 Meeting of Creditors* Filed by Frances E. Haylock (Re: Related Document(s) #:13 First Meeting of Creditors Continued (by Trustee), 23 Motion to Continue/Reschedule Hearing.) (Burns, John) (Entered: 06/11/2007) |
| 06/11/2007 | ◉26 | Limited Response *To Motion for Sanctions, Motion to Dismiss and Motion For Examination of Debtor's Transactions With Counsel* Filed by Frances E. Haylock (Re: Related Document(s) #:14 Brief, 20 Motion for Sanctions, 17 Motion for Accounting.) (Burns, John) (Entered: 06/11/2007) |
| 06/12/2007 | ◉27 | Reply Filed by George Basiliko Trust (Re: Related Document(s) #:25 Response,, 23 Motion to Continue/Reschedule Hearing.) (Sherman, Jeffrey) (Entered: 06/12/2007) |
| | | |

| 06/12/2007 | 28 | Reply *Respective to Hearings Scheduling* Filed by Frances E. Haylock (Re: Related Document(s) #:27 Reply.) (Burns, John) (Entered: 06/12/2007) |
| --- | --- | --- |
| 06/14/2007 | 29 | Order Dismissing Case Based on 11 USC 109(h) Ineligibility. The Court Retains Jurisdiciton Over Other Pending Motions Order entered on 6/14/2007. (Myers, Sally) (Entered: 06/14/2007) |
| 06/14/2007 | 30 | Order Dismissing Motion To Continue Hearing On Motion to Dismiss as Moot. (Related Document #: 23) Entered on 6/14/2007. (Myers, Sally) (Entered: 06/14/2007) |
| 06/14/2007 | 31 | Chapter 13 Trustee's Final Report and Account. Chapter 13 Trustee's Final Report and Account. A Motion for Entry of Discharge Applies ONLY to Cases FILED and COMPLETED AFTER October 17, 2005. Motion for Entry of Discharge Due by: 7/13/2007. (xNiklas2, Cynthia) (Entered: 06/14/2007) |
| 06/16/2007 | 32 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:30 Order on Motion to Continue Hearing) No. of Notices: 1. Service Date 06/16/2007. (Admin.) (Entered: 06/17/2007) |
| 06/16/2007 | 33 | BNC Certificate of Mailing - Order Re: Dismissal of Case. (Re: Related Document(s) #:29 Order Dismissing Case) No. of Notices: 14. Service Date 06/16/2007. (Admin.) (Entered: 06/17/2007) |
| 06/18/2007 | 34 | Supplemental Response *to Motion for Sanctions and To Motion for Examination of Transcations with Debtor & Counsel* Filed by Frances E. Haylock (Re: Related Document(s) #:26 Response,.) (Burns, John) (Entered: 06/18/2007) |
| 06/20/2007 | 35 | Hearing Held (Re: Related Document(s) #:20 Motion for Sanctions, 17 Motion for Examination of Debtor's Transaction s Wtih Counsel filed byGeorge Basiliko Trust) (Myers, Sally) (Entered: 06/20/2007) |
| 06/21/2007 | 36 | Order RE Motion to Examine Debtor's Transactions With Counsel. (Related Document #: 17) Entered on 6/21/2007. (Myers, Sally) (Entered: 06/21/2007) |
| 06/21/2007 | 37 | Interim Order Granting in part, Denying in part Motion For Sanctions. The Motion is Denied With Respect to the Request to Impose Sanctions on the Debtor; The Motion for Sanctions is Granted With Respect to the Debtor's Counsel. By July 20,2007, The George Basiliko Trust Shall File a Statement of Fees and Expenses Incurred by Reason of the Improper Filing, Together With a Proposed Order to Recover From the Debtor's Counsel the Specific Dollar Amount of Such Fees and Expenses, and Within 11 Days After Service of the |

| | | |
|---|---|---|
| | | Same, The Debtor's Attorney May File Any Objection He has to the Reasonableness of the Fees and Expenses Claimed. (Related Document #: 20) Entered on 6/21/2007. (Myers, Sally) (Entered: 06/21/2007) |
| 06/23/2007 | 38 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:36 Order on Motion for Accounting) No. of Notices: 1. Service Date 06/23/2007. (Admin.) (Entered: 06/24/2007) |
| 06/23/2007 | 39 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:37 Order on Motion For Sanctions, , ) No. of Notices: 2. Service Date 06/23/2007. (Admin.) (Entered: 06/24/2007) |
| 06/27/2007 | 40 | Declaration re: *STATEMENT OF LEGAL FEES REGARDING MOTION FOR SANCTIONS* Filed by George Basiliko Trust. (Re: Related Document(s) #:37 Order on Motion For Sanctions,,.) (Attachments: # 1 Exhibit Time Detail)(Sherman, Jeffrey) (Entered: 06/27/2007) |
| 07/09/2007 | 41 | Reply *to Statement of Fees Pursuant to Sanctions Order* Filed by Frances E. Haylock (Re: Related Document(s) #:40 Declaration.) (Burns, John) (Entered: 07/09/2007) |
| 07/10/2007 | 42 | Amended Document *Disclosure of Compensation of Attorney for Debtor* Filed by Frances E. Haylock. (Re: Related Document(s) #:4 Disclosure of Compensation of Attorney for Debtor.) (Burns, John) (Entered: 07/10/2007) |
| 11/05/2007 | 43 | Interim Memorandum Decision Regarding Attorney's Fees Sought Pursuant to the Motion fo the George Basilika Trust for Sanctions. (Related Document(s) #:20 Motion for Sanctions.) Order entered on 11/5/2007. (Myers, Sally) (Entered: 11/05/2007) |
| 11/05/2007 | 44 | Order Scheduling Hearing to Fix Reasonable Attorney's Fees Sought Pursuant to the Interim Order Regarding the Motion of the George Basilika Trust for Sanctions.(Re: Related Document(s) #:40 Declaration) Hearing scheduled for 12/5/2007 at 10:30 AM Courtroom 1. (Myers, Sally) (Entered: 11/05/2007) |
| 11/07/2007 | 45 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:43 Memorandum Decision) No. of Notices: 2. Service Date 11/07/2007. (Admin.) (Entered: 11/08/2007) |
| 11/07/2007 | 46 | BNC Certificate of Mailing - PDF Document. (Re: Related Document (s) #:44 Hearing Scheduled, ) No. of Notices: 2. Service Date 11/07/2007. (Admin.) (Entered: 11/08/2007) |

| 12/07/2007 | ●47 | Hearing Continued (Re: Related Document(s) #:40 Declaration Statement of Attorney Fees Regarding Motion for Sanctions Filed by George Basiliko Trust) Hearing scheduled for 1/15/2008 at 9:30 AM Courtroom 1. (Myers, Sally) (Entered: 12/07/2007) |
|---|---|---|
| 01/15/2008 | ●48 | Hearing Held (Re: Related Document(s) #:40 Statement of Legal Fees Regarding Motion for Sanctions Filed by George Basiliko Trust.)OTBS by the Court. (Myers, Sally) (Entered: 01/15/2008) |
| 01/23/2008 | ●49 | Memorandum Decision (Final) (Related Document(s) #:40 Declaration of Attorney Fees.) Order entered on 1/23/2008. (Myers, Sally) (Entered: 01/23/2008) |
| 01/23/2008 | ●50 | Final Order. John D. Burns to Pau $2000 in Resonable Fees and Expenses to the George Basilika Trust. (Related Document(s) #:40 Declaration of Attorney Fees.) Order entered on 1/23/2008. (Myers, Sally) (Entered: 01/23/2008) |
| 01/25/2008 | ●51 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:49 Memorandum Decision) No. of Notices: 2. Service Date 01/25/2008. (Admin.) (Entered: 01/26/2008) |
| 01/25/2008 | ●52 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:50 Order) No. of Notices: 2. Service Date 01/25/2008. (Admin.) (Entered: 01/26/2008) |
| 02/04/2008 | ●53 | Notice of Appeal to Court. *By Appellant The Burns Law Firm, LLC.* Fee Amount $255 Filed by John Burns (Re: Related Document(s) #:37 Order on Motion For Sanctions,,, 50 Order.) Appellant Designation due by 2/14/2008. (Attachments: # (1) Exhibit # 2 Exhibit)(Burns, John) (Entered: 02/04/2008) |
| 02/04/2008 | 54 | Receipt of Notice of Appeal(07-00235) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number588045. Fee Amount 255.00 (U.S. Treasury) (Entered: 02/04/2008) |
| 02/12/2008 | ●55 | Certificate of Service Filed by the Clerk's Office. A Copy of Appeal Has Been Mailed To: Jeffrey M Sherman, Esquire, Semmes, Bowen & Semmes, 1001 Connecticut Avenue NW Suite 1100, Washington, DC 20036; George Basilikas Trust, Jeffrey M Sherman, Esquire, Semmes, Bowen & Semmes, 1001 Connecticut Avenue NW, Washington, DC 20036; Clifford J White III, Program Director, Executive Office for US Trustees, 20 Massachusetts Avenue, NW Suite 8000D, Washington, DC 20530; John D Burns, Esquire, The Burns Law Firm, LLC, 6303 Ivy Lane, suite 102, Greenbelt, MD,20785;John D Burns, Esquire, 6303 Ivy Lane, Suite 102, Greenbelt, MD 20770. (Re: Related Document(s) #:53 Notice of Appeal, .) (Robinson, Terri) (Entered: 02/12/2008) |

| 02/14/2008 | 56 | Statement of Issues on Appeal,*and Designation of Record Pursuant to Fed. R. Bankr. P. 8006* Filed by John Burns (Re: Related Document(s) #:53 Notice of Appeal,.) (Burns, John) (Entered: 02/14/2008) |
|---|---|---|
| 02/14/2008 | 57 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Frances E. Haylock (Re: Related Document(s) #:53 Notice of Appeal, .) Appellee designation due by 2/24/2008 for 53, . Transmission of Designation Due by 3/15/2008. (Robinson, Terri) (Entered: 02/15/2008) |

The order below is hereby signed.

Signed: June 20, 2007.



*S. Martin Teel, Jr.*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| FRANCES E. HAYLOCK, | ) | Case No. 07-00235 |
| | ) | (Chapter 13) |
| Debtor. | ) | |

INTERIM ORDER RE MOTION FOR SANCTIONS

On this date, the court heard the Motion for Sanctions (Docket Entry No. 20) filed by the George Basilika Trust, and rendered an oral decision concluding that the Trust is entitled to recover from the debtor's counsel as sanctions under F.R. Bankr. P. 9011(b) the fees and expenses it has incurred as a result of the improper filing of this case when there was no reasonable basis for believing that the debtor was eligible under 11 U.S.C. § 109(h) to file a bankruptcy case. To some extent the fees and expenses may relate to enforcement of the Trust's rights under its deed of trust and promissory note and be recoverable from the debtor directly, but the court concluded that none of the fees and expenses ought to be recovered from the debtor under Rule 9011.

The fees and expenses should be recoverable from the debtor's counsel under F.R. Bankr. P. 9011 without awaiting the outcome of efforts to collect the amounts from the debtor to the extent she is contractually obligated to pay such amounts. To the extent that the fees and expenses are paid by the debtor prior to being paid by her counsel, the Trust is not entitled to a double recovery. But there is no assurance of a recovery from the debtor, and the Trust is entitled to be made whole without any delay that attempting to collect from the debtor might entail.

Moreover, some of the fees and expenses incurred by reason of the filing of the improper case would appear to be recoverable solely from the debtor's counsel, namely, the fees and expenses that relate to prosecution of the Motion for Sanctions (under Rule 9011) and of a Motion to Examine Debtor's Transactions With Counsel (under 11 U.S.C. § 329(b)). The purpose of a Rule 9011 motion is to deter improper filings and the Rule 9011 relief is being awarded only against the debtor's counsel. The purpose of relief under § 329(b) is to limit the fees charged to a debtor to a reasonable amount and is directed against only the debtor's counsel. Accordingly, the part of the fees and expenses incurred in the pursuit of relief under Rule 9011 and § 329(b), including preparation of the statement of fees and expenses to be recovered under Rule 9011, probably is not recoverable contractually from

the debtor.

In light of the foregoing, it is

ORDERED that the Motion for Sanctions (Docket Entry No. 20) is GRANTED IN PART AND DENIED IN PART as follows:

1. The Motion for Sanctions is denied with respect to the request to impose sanctions on the debtor.

2. The Motion for Sanctions is granted with respect to the debtor's counsel.

3. By July 20, 2007, the George Basilika Trust shall file a statement of fees and expenses incurred by reason of the improper filing, together with a proposed order to recover from the debtor's counsel the specific dollar amount of such fees and expenses, and within 11 days after service of the same, the debtor's attorney may file any objection he has to the reasonableness of the fees and expenses claimed.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Chapter 13 Trustee; Jeffrey M. Sherman, Esq.; Office of U.S. Trustee.

The order below is hereby signed.

Signed: January 20, 2008.



/s/ S. Martin Teel, Jr.
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re | ) | Case No. 07-00235 |
|---|---|---|
|  | ) | (Chapter 13) |
| FRANCES E. HAYLOCK, | ) |  |
|  | ) |  |
| Debtor. | ) |  |

FINAL ORDER

Pursuant to the court's Final Memorandum Decision of this date, it is

ORDERED that debtor's counsel, John D. Burns, Esq., pay $2,000 in reasonable fees and expenses to the George Basilika Trust as sanctions imposed pursuant to Fed. R. Bankr. P. 9011(b); it is further

ORDERED that the court's Interim Memorandum Decision (Docket Entry No. 43, filed November 5, 2007) is hereby amended to recite that the sanctions should not be taken to mean that the debtor's counsel filed the case in bad faith, but rather proceeded in good faith (looking to decisions holding that § 109(h) is not jurisdictional) in an attempt to employ the bankruptcy laws to assist a debtor facing an imminent foreclosure sale.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Chapter 13 Trustee; Jeffrey Sherman, Esq.; Office of U.S. Trustee

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

NOTICE OF APPEAL FROM
U.S. BANKRUPTCY COURT

In re: FRANCES E. Haylock

Bankruptcy No. 07-235

YOU ARE HEREBY NOTIFIED that on the 26th day of February, 2008, the appeal referred to above was entered on the docket and was assigned to Judge **LEON, J. RJL** and received the Civil Action No. **08 0325**.

Your attention is directed to Rule 8009 of the Bankruptcy Rules of Procedure which provides:

(1) The Applicant shall serve and file his brief within fifteen (15) days after entry of the appeal;

(2) The Appellee shall serve and file his brief within fifteen (15) days after service of the brief of the appellant; and

(3) The Appellant may serve and file a reply brief within ten (10) days after service of the brief of the appellee.

Papers filed with the Clerk's Office must be filed in duplicate. In addition, please include on all subsequent papers both the Bankruptcy and Civil Action numbers.

NANCY MAYER-WHITTINGTON, CLERK

BY Maureen Higgins
Deputy Clerk

cc: Clerk, U.S. Bankruptcy Court for D.C.
John D. Burns
Jeffrey M. Sherman

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| IN RE: FRANCES E. HAYLOCK | |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001 (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | Case: 1:08-cv-00325 Assigned To : Leon, Richard J. Assign. Date : 2/26/2008 Description: General Civil |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
- ☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☒ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Immigration**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus- Alien Detainee
- ☐ 465 Other Immigration Actions

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)

- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.

- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
BKCY. APPEAL    11: 8001

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** _____   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☐ NO   If yes, please complete related case form.

**DATE** 2.26.08   **SIGNATURE OF ATTORNEY OF RECORD** NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd