UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Civil No. 1:08-cv-00325-rjl |
| FRANCES HAYLOCK ) | Case No. 07-00235 |
| ) | (Chapter 13) |
| ) | |
| ) | |
| Debtor ) | |
| ) | |

## MOTION TO EXTEND TIME ON FILING APPELLANT'S BRIEF

THE BURNS LAW FIRM, LLC, by and through John D. Burns, Esquire (the "Appellant"), hereby files this Motion to Extend Time on Filing Appellant's Brief (the "Motion"), and in support thereof, states as follows:

1. The Appellant has received a notice of docketing for the appeal, stating that the Appellant's Brief is due 15 days from docketing, which falls on March 12, 2008. The Appellant has ordered transcripts, and although promised timely, they (2 days of hearings) have not arrived as of yet.

2. The Appellant requests that for cause shown the Court extend the date on the Appellant's Brief for 15 days from today, which should permit the undersigned to receive the transcripts and to prepare an Appellant's Brief. See, Fed. R. Bankr. P. 8009 and 9006(b).

WHEREFORE, the Appellant respectfully requests that the Court enter an Order extending the date for the filing of the Appellant's Brief and granting such other and further relief as equity and justice may require.

Respectfully submitted,

--------/S/ John D. Burns---------

_____

John D. Burns, Esquire (#22777)
The Burns LawFirm, LLC
6303 Ivy Lane, Suite 102
Greenbelt, Maryland 20770
(301) 441-8780

Counsel for the Appellant

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY THAT ON THE 12th day of March, 2008, a copy of the foregoing Motion to Extend Time and a proposed form of Order was served by first class mail, or by ECF upon registered recipients, upon the following parties in interest:

    Jeffrey M. Sherman, Esquire
    Semmes, Bowen & Semmes
    1001 Connecticut Avenue, NW
    Suite 1100
    Washington DC 20036

    Clifford J. White, III
    Program Director
    Executive Office for U.S. Trustees
    20 Massachusetts Avenue, NW
    Suite 8000D
    Washington DC  20530

         -----------/S/ John D. Burns-----------
         _____
         John D. Burns

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Civil No.  1:08-cv-00325-rjl |
| FRANCES HAYLOCK ) | Case No.  07-00235 |
| ) | (Chapter 13) |
| ) | |
| ) | |
| Debtor ) | |
| ) | |

**<u>ORDER GRANTING MOTION TO EXTEND TIME ON FILING APPELLANT'S BRIEF</u>**

UPON CONSIDERATION OF THE Motion to Extend Time on Filing Appellant's Brief (the "Motion"), and any response thereto, it is HEREBY

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the time for filing Appellant's Brief shall be 15 days from entry of this Order.

cc:   John D. Burns, Esquire (#22777)
      The Burns LawFirm, LLC
      6303 Ivy Lane, Suite 102
      Greenbelt, Maryland 20770

                    Jeffrey M. Sherman, Esquire
                    Semmes, Bowen & Semmes
                    1001 Connecticut Avenue, NW

Suite 1100
Washington DC 20036

Clifford J. White, III
Program Director
Executive Office for U.S. Trustees
20 Massachusetts Avenue, NW
Suite 8000D
Washington DC  20530

**(END OF ORDER)**