UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Civil No. 1:08-cv-00325-rjl |
| FRANCES HAYLOCK ) | Case No. 07-00235 |
| ) | (Chapter 13) |
| ) | |
| ) | |
| Debtor ) | |
| ) | |

## SECOND MOTION TO EXTEND TIME ON FILING APPELLANT'S BRIEF

THE BURNS LAW FIRM, LLC, by and through John D. Burns, Esquire (the "Appellant"), hereby files this Second Motion to Extend Time on Filing Appellant's Brief (the "Motion"), and in support thereof, states as follows:

The Appellant has received a notice of docketing for the appeal, stating that the Appellant's Brief is due 15 days from docketing, which falls on March 12, 2008. The Court has graciously extended that date to today such that Appellant might receive his transcripts which has now occurred. However, due to being a witness subject to a subpoena in the case of Hurley v. Borden et al, which was set for trial today, the undersigned was unexpectedly taken away from many matters as a sole practitioner for the past two weeks and today. Counsel, as appellant, requests a single week extension so as to provide the Appellant's brief to the Court.

The Appellant requests that for cause shown the Court extend the date on the Appellant's Brief for one week from today, which should permit the undersigned to review the transcripts and to prepare an Appellant's Brief. See, Fed. R. Bankr. P. 8009 and 9006(b).

WHEREFORE, the Appellant respectfully requests that the Court enter an Order extending the date for the filing of the Appellant's Brief and granting such other and further relief as equity and justice may require.

Respectfully submitted,

--------/S/ John D. Burns---------

_____

John D. Burns, Esquire (#22777)
The Burns LawFirm, LLC
6303 Ivy Lane, Suite 102
Greenbelt, Maryland 20770
(301) 441-8780

Counsel for the Appellant

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY THAT ON THE 1st day of April, 2008, a copy of the foregoing Second Motion to Extend Time and a proposed form of Order was served by first class mail, or by ECF upon registered recipients, upon the following parties in interest:

>Jeffrey M. Sherman, Esquire
>Semmes, Bowen & Semmes
>1001 Connecticut Avenue, NW
>Suite 1100
>Washington DC 20036
>
>Clifford J. White, III
>Program Director
>Executive Office for U.S. Trustees
>20 Massachusetts Avenue, NW
>Suite 8000D
>Washington DC  20530

                              -----------/S/ John D. Burns-----------
                              _____
                              John D. Burns

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Civil No. 1:08-cv-00325-rjl |
| FRANCES HAYLOCK ) | Case No. 07-00235 |
| ) | (Chapter 13) |
| ) | |
| ) | |
| Debtor ) | |
| ) | |

**ORDER GRANTING SECOND MOTION TO EXTEND TIME ON FILING
APPELLANT'S BRIEF**

UPON CONSIDERATION OF THE Second Motion to Extend Time on Filing Appellant's Brief (the "Motion"), and any response thereto, it is HEREBY

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the time for filing Appellant's Brief is set forth above.

cc:   John D. Burns, Esquire (#22777)
      The Burns LawFirm, LLC
      6303 Ivy Lane, Suite 102
      Greenbelt, Maryland 20770

                    Jeffrey M. Sherman, Esquire
                    Semmes, Bowen & Semmes
                    1001 Connecticut Avenue, NW
                    Suite 1100

Washington DC 20036

Clifford J. White, III
Program Director
Executive Office for U.S. Trustees
20 Massachusetts Avenue, NW
Suite 8000D
Washington DC  20530

**(END OF ORDER)**