UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | Civil Case No. . 1:08-cv-00325-rjl |
| | * | Case No. 07-00235 |
| **FRANCES HAYLOCK** | * | (Chapter 13) |
| | * | |
| Debtor | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

_____

**APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA**
(From the Honorable Martin Teel)

_____

_____

BRIEF FOR THE APPELLANT

_____

John Douglas Burns, Esquire (#22777)
The Burns LawFirm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, MD 20770
(301) 441-8780

Counsel for Appellant

1

# TABLE OF CONTENTS

TABLE OF AUTHORITIES……………………………………..2

STATEMENT OF APPELLATE JURISDICTION………………….. 3

STATEMENT OF THE ISSUES PRESENTED……………………... 3

STANDARD OF REVIEW……………………………………………3

STATEMENT OF THE CASE……………………………………..4

STATEMENT OF THE FACTS……………………………………4

ARGUMENT………………………………………………………….5

CONCLUSION……………………………………………………….11

## STATEMENT OF APPELLATE JURISDICTION

## CONCLUSION

For all of the foregoing reasons, the District Court should reverse and overturn the Order entered by the Bankruptcy Court in the above captioned adversary proceeding.

                          RESPECTFULLY SUBMITTED,

                          ----------/s/ John D. Burns

                          John D. Burns, Esquire, Fed. Bar No. 22777
                          The Burns LawFirm, LLC
                          6303 Ivy Lane, Suite 102
                          Greenbelt, Maryland 20770

                          Counsel to Appellant

Dated: April 8, 2008