UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Civil No. 1:08-cv-00325-rjl |
| FRANCES HAYLOCK ) | Case No. 07-00235 |
| ) | (Chapter 13) |
| ) | |
| ) | |
| Debtor ) | |
| ) | |

## MOTION TO PERMIT AMENDMENT TO BRIEF BY APPELLANT

THE BURNS LAW FIRM, LLC, by and through John D. Burns, Esquire (the "Appellant"), hereby files this Motion to Permit Amendment to Brief By Appellant (the "Motion"), and states as follows:

On the evening of April 8, 2008 after hours, the undersigned was attempting to file Appellant's Brief. For reasons that Appellant does not still understand, the conversion process from word to adobe.pdf created a corrupted document which could not be filed. A partial brief was filed, which counsel apologized to the Court concerning the next day.

Counsel has had to have the brief retyped and saved after a scan would not permit appropriate conversion either. Coupled with numerous court matters and case issues, undersigned counsel again apologizes to the Court for the three day period between the evening of April 8, 2008 and today when the Appellant's Brief was filed. Counsel, having received the Court Instruction to refile a corrected brief, hereby requests permission to do so, nunc pro tunc.

WHEREFORE, the Appellant respectfully requests that the Court enter an Order permitting the filing of the amended and corrected brief as of today, and granting such other and further relief as equity and justice may require.

Respectfully submitted,

--------/S/ John D. Burns---------

_____

John D. Burns, Esquire (#22777)
The Burns LawFirm, LLC
6303 Ivy Lane, Suite 102
Greenbelt, Maryland 20770
(301) 441-8780

Counsel for the Appellant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY THAT ON THE 11th day of April, 2008, a copy of the foregoing Pleading and a proposed form of Order was served by first class mail, or by ECF upon registered recipients, upon the following parties in interest:

      Jeffrey M. Sherman, Esquire
      Semmes, Bowen & Semmes
      1001 Connecticut Avenue, NW
      Suite 1100
      Washington DC 20036

      Clifford J. White, III
      Program Director
      Executive Office for U.S. Trustees
      20 Massachusetts Avenue, NW
      Suite 8000D
      Washington DC  20530

      -----------/S/ John D. Burns-----------
      _____
      John D. Burns

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Civil No. 1:08-cv-00325-rjl |
| FRANCES HAYLOCK ) | Case No. 07-00235 |
| ) | (Chapter 13) |
| ) | |
| ) | |
| Debtor ) | |
| ) | |

## ORDER GRANTING
## MOTION TO PERMIT AMENDMENT TO BRIEF BY APPELLANT

UPON CONSIDERATION OF THE Motion to Permit Amendment to Brief By \

Appellant (the "Motion"), and any response thereto, it is HEREBY

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Appellant's Brief as amended on April 11, 2008 is accepted

as such.

cc:    John D. Burns, Esquire (#22777)
       The Burns LawFirm, LLC
       6303 Ivy Lane, Suite 102
       Greenbelt, Maryland 20770

                    Jeffrey M. Sherman, Esquire
                    Semmes, Bowen & Semmes

1001 Connecticut Avenue, NW
Suite 1100
Washington DC 20036

Clifford J. White, III
Program Director
Executive Office for U.S. Trustees
20 Massachusetts Avenue, NW
Suite 8000D
Washington DC  20530

**(END OF ORDER)**