UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re:                              )
                                    )    Civil No. 1:08-cv-00325-rjl
FRANCES HAYLOCK                     )    Case No. 07-00235
                                    )    (Chapter 13)
                                    )
                                    )
Debtor                              )
                                    )

### APPELLANT'S REQUEST FOR ORAL ARGUMENT ON APPEAL

THE BURNS LAW FIRM, LLC, by and through John D. Burns, Esquire (the "Appellant"), hereby files this Request for Oral Argument on Appeal, and submits that oral argument is appropriate to aid the Court in the decisional process.

Respectfully submitted,

--------/S/ John D. Burns---------

John D. Burns, Esquire (#22777)
The Burns LawFirm, LLC
6303 Ivy Lane, Suite 102
Greenbelt, Maryland 20770
(301) 441-8780

Counsel for the Appellant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY THAT ON THE 11th day of April, 2008, a copy of the foregoing Request was served by first class mail, or by ECF upon registered recipients, upon the following parties in interest:

      Jeffrey M. Sherman, Esquire
      Semmes, Bowen & Semmes
      1001 Connecticut Avenue, NW
      Suite 1100
      Washington DC 20036

      Clifford J. White, III
      Program Director
      Executive Office for U.S. Trustees
      20 Massachusetts Avenue, NW
      Suite 8000D
      Washington DC  20530

      -----------/S/ John D. Burns-----------
      _____
      John D. Burns