## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN D. BURNS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Case No. 08-00325 (RJL) |
| GEORGE BASILIKAS TRUST, | ) | Bankruptcy No. 07-235 |
| | ) | |
| Appellee. | ) | |
| | ) | |

## ORDER

On February 26, 2008, appellant John D. Burns filed a notice of appeal in the *In re Frances E. Haylock* bankruptcy proceedings. On April 8, 2008, appellant filed his brief, which he simultaneously amended and moved to amend on April 11, 2008. The Court granted appellant's motion for leave to file an amended brief on May 6, 2008. As of the date of this order, appellee George Basilikas Trust has not filed a brief. Accordingly, it is this 18 day of July 2008, hereby

**ORDERED** that appellee shall file a response, if any, to the appellant's brief no later than fifteen days from entry of this order. If the appellee fails to respond, the Court may treat the brief as conceded pursuant to Local Rule 7(b) and grant the appeal.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge